## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE ASSERTIO HOLDINGS, INC. DERIVATIVE LITIGATION | ) ) ) | C.A. No.: 1:24-CV-00383-MN (Consolidated) |
| This Document Relates to: | ) ) | |
| ALL ACTIONS | ) | |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

WHEREAS, March 26, 2024, Plaintiff Changyoung Jung filed a shareholder derivative action on behalf of Nominal Defendant Assertio Holdings, Inc. (the "Company" or "Assertio")) alleging causes of action for violations of §§ 10(b), 14(a), and 21D of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78j(b), 78n(a), and 15 U.S.C. § 78u-4(f), violations of Rule 10b-5 (17 C.F.R. § 240.10b5) promulgated under § 10(b) of the Exchange Act, as well as claims for breach of fiduciary duties, unjust enrichment, abuse of control, gross mismanagement, and waste of corporate assets against the Individual Defendants, captioned *Jung v. Peisert, et al.*, C.A. No.: 1:24-cv-00383-MN (D. Del.) (the "*Jung* Action");

WHEREAS, on July 3, 2024, Plaintiff Lawerence Hollin filed a shareholder derivative action on behalf of Nominal Defendant Assertio alleging violations of §§ 10(b), 14(a), and 21D of the Exchange Act, 15 U.S.C. §§ 78j(b), 78n(a), and 15 U.S.C. § 78u-4(f), violations of Rule 10b-5 (17 C.F.R. § 240.10b5) promulgated under § 10(b) of the Exchange Act, as well as claims for breach of fiduciary duty, aiding and abetting breach of fiduciary duty, unjust enrichment, and waste of corporate assets against the Individual Defendants, captioned *Hollin v. Mason, et al.*, C.A. No.: 1:24-cv-00785-MN (D. Del.) (the "*Hollin* Action," and together with the *Jung* Action, the "Consolidated Derivative Action");

WHEREAS, on July 5, 2024, the Court entered an order, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, consolidating the *Jung* and *Hollin* Actions for all purposes, including pre-trial proceedings and trial, into the single Consolidated Derivative Action in order to avoid duplication of effort and potentially conflicting results, and to conserve party and judicial resources (ECF No. 7);

WHEREAS, on or about June 16, 2026, the Company completed a merger transaction that resulted in Plaintiffs no longer being stockholders of the Company and, accordingly, no longer having standing to pursue derivative claims on the Company's behalf; and

WHEREAS, the parties hereby certify that no compensation in any form has passed directly or indirectly to Plaintiffs or their attorneys in the Consolidated Derivative Action and no promise to give any such compensation has been made.

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, subject to the approval of the Court, as follows:

1.      Pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(a), the Consolidated Derivative Action is dismissed without prejudice.

2.      Each Party shall bear its own costs, fees, and expenses, including attorneys' fees.

OF COUNSEL:

**GRABAR LAW OFFICE**

Joshua H. Grabar
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

OF COUNSEL:

**THE BROWN LAW FIRM, P.C.**

Timothy Brown
1350 Avenue of the Americas, Suite 1200
New York, New York 10019
(516) 922-5427
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

OF COUNSEL:

**GREENBERG TRAURIG LLP**

Steven M. Malina
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 476-5133
Email: steven.malina@gtlaw.com

*Counsel for Defendant James L. Tyree*

**RIGRODSKY LAW, P.A.**

/s/ Gina M. Serra
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
1007 North Orange Street, Suite 453
Wilmington, Delaware 19801
Telephone: (302) 295-5310
Email: sdr@rl-legal.com
Email: gms@rl-legal.com
Email: hwm@rl-legal.com

*Attorneys for Plaintiff Lawrence Hollin and Co-Lead Counsel for Plaintiffs*

**FARNAN LLP**

/s/ Michael J. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5156)
919 N. Market St., 12th Floor
Wilmington, Delaware 19801
Telephone: (302) 777-0300
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*Attorneys for Plaintiff Changyoung Jung*

**RICHARDS, LAYTON & FINGER, P.A.**

/s/ Raymond J. DiCamillo
Raymond J. DiCamillo (#3188)
920 North King Street
Wilmington, Delaware 19801
Telephone; (302) 651-7700
Email: dicamillo@rlf.com

*Counsel for Defendant James L. Tyree*

3

OF COUNSEL:

**BAKER BOTTS L.L.P.**

James J. Beha II
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-2510
Email: jim.beha@bakerbotts.com

*Counsel for Defendants Paul Schwichtenberg, Heather L. Mason, William T. McKee, Peter D. Staple, and Jeffrey Vacirca and for Nominal Defendant Assertio Holdings, Inc.*

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Raymond J. DiCamillo*
Raymond J. DiCamillo (#3188)
920 North King Street
Wilmington, Delaware 19801
Telephone; (302) 651-7700
Email: dicamillo@rlf.com

*Counsel for Defendants Paul Schwichtenberg, Heather L. Mason, William T. McKee, Peter D. Staple, and Jeffrey Vacirca and for Nominal Defendant Assertio Holdings, Inc.*

OF COUNSEL:

**BAKER McKENZIE LLP**

Aaron Goodman
10250 Constellation Boulevard, Suite 1850
Los Angeles, California 90067
Telephone: (310) 201-4728
Email: aaron.goodman@bakermckenzie.com

*Counsel for Defendant Daniel A. Peisert*

Dated: August 13, 2026

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Raymond J. DiCamillo*
Raymond J. DiCamillo (#3188)
920 North King Street
Wilmington, Delaware 19801
Telephone; (302) 651-7700
Email: dicamillo@rlf.com

*Counsel for Defendant Daniel A. Peisert*

IT IS SO ORDERED this ___ day of _____, 2026.

_____
The Honorable Maryellen Noreika
United States District Judge

4